DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. JETER

No. 199PA89

Case below: 93 N.C. App. 588

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 6 September 1989.

STATE v. McCARTY

No. 266PA89

Case below: 94 N.C. App. 390

Petition by the State for discretionary review pursuant to G.S. 7A-31 allowed 6 September 1989. Petition by the State for writ of supersedeas allowed 6 September 1989.

STATE v. MARSHALL

No. 277P89

Case below: 94 N.C. App. 20

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 September 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

STATE v. ROSARIO

No. 251P89

Case below: 93 N.C. App. 627

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

STATE v. STEVENS

No. 263P89

Case below: 94 N.C. App. 194

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.